IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LOREAL NICOLE ROE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>THE PHOENIX RECOVERY GROUP,<br><br>Defendant. | Civil Case Number: 6:17-cv-42-RWS-KNM<br><br>**STIPULATION AS TO STATUORY DAMAGES AND REQUEST FOR BRIEFING SCHEDULE** |

Plaintiff Loreal Nicole Roe ("Roe") and Defendant The Phoenix Recovery Group. ("Phoenix") hereby agree and stipulate to entry of Judgment as follows:

1. Defendant offers the sum of One Thousand Dollars ($1,000.00) payable to Loreal Nicole Roe for her statutory damages solely as a result of Defendant's violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692f(1), relating to Defendant's attempts to charge the Plaintiff with a $12.00 processing fee.

2. Plaintiff accepts the Defendant's offer of One Thousand Dollars ($1,000.00) payable to Loreal Nicole Roe for statutory damages arising from her FDCPA claims.

3. Defendant's offer does <u>not</u> encompass Plaintiff's claim for costs incurred and attorney's fees, which is to be in an amount to be determined by the Court.

WHEREFORE, the parties request:

a. That the Clerk of the Court enter a Judgment in this matter against Defendant and for Plaintiff in the amount of $1,000.00; and

b. That a date certain be scheduled for submission of documentation as to the attorney's fees and costs incurred by the Plaintiff as to the Plaintiff's FDCPA claim.

**AGREED TO AND APPROVED FOR ENTRY ON MAY 7, 2018 BY:**

| | |
|---|---|
| **MARCUS ZELMAN, LLC** | **TOM CLARKE, ESQ.** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | |
| s/ Yitzchak Zelman | /s/ Tom Clarke |
| Yitzchak Zelman, Esq. (YZ5857) | Tom Clarke, Esq. |
| 701 Cookman Avenue, Suite 300 | Texas Bar No: 04318600 |
| Asbury Park, New Jersey 07712 | 8026 Vantage Dr., Suite 105 |
| Tel:  (845) 367-7146 | San Antonio, Texas 78230 |
| Fax: (732) 298-6256 | Tel:  (210)340-8448 |
| Email:  yzelman@MarcusZelman.com | Fax:  (210)348-7946 |
| | Email: tclarkeatty7@aol.com |